# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD COOKS,** | : | CIVIL NO. 1:17-CV-2299 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **RISHEL, ARNOLD, TANNER,** | : | |
| **RUMMEL, HARPER, ALEMAN,** | : | |
| | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 31st day of January, 2018, upon consideration of plaintiff's complaint, and in accordance with the court's memorandum of same date, it is hereby ORDERED that:

1. The motion (Doc. 9) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. Plaintiff shall FILE a proposed amended complaint on or before February 19, 2018.

3. The proposed amended complaint shall contain the same case number that is presently assigned to this action, 1:17-CV-2299, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter.  See FED. R. CIV. P. 8(d).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court and will result in dismissal of the proposed amended complaint.  See FED. R. CIV. P. 20.

5. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of court.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania